IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

DEBORAH MOHAMED                                                                    PLAINTIFF

vs.                                                                                         No. 4:05CV96-D-B

CHRISTINE MITCHELL; et al.                                                         DEFENDANTS

ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motion to remand (docket entry 9) is GRANTED; and

(2) this cause is hereby REMANDED to the Circuit Court of Humphreys County, Mississippi.

SO ORDERED, this the 23rd day of January 2006.

/s/ Glen H. Davidson
Chief Judge